# *Attention:*
## United States District Court
## 333 Constitution Ave, North West
## Washington D.C. 20001

Motion to **QUASH A SUBPOENA**.

Case No. **1:05-cv-00399-RMC**

Electra Entertainment Group Inc; BMG Music; London-Sire Records inc.; Priority Records LLC; UMG Recordings, inc.; Virgin Records America, Inc.; Capitol Records, inc. Arista Records LLC; Maverick Recording co.; Warner Bros. Records Inc.; Sony BMG Music Entertainment; Motown Record Company, L.P.; Atlantic Recording Corp.; Fobocisa, Inc.; and Interscope Records.

Vs.

DOES 1-122

Motion of Doe #19 to Quash Due to Lack of Personal Jurisdiction. Doe #19 hereby moves in pro per for the court to quash the subpoena issued to its ISP VERIZON on the grounds that the Doe is not subject to personal jurisdiction in this location. The basis for this claim is that I do not have sufficient contacts with the District of Columbia to justify requiring me to respond to this lawsuit so far from my home. I do not live, or have never lived in the District of Columbia. I insist on my **CONSTITUTIONAL** right to privacy.

Signed: Doe        Date: 4-14-2005

*[signature]*

920 West Anthony Way
Lompoc, CA. 93436        (805) 740-9842